No. 277. SPRUILL v. NEWBY, CHAIRMAN. October 11, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Georgia M. Spruill, pro se.*

No. 289. STAMPHILL v. JOHNSTON, WARDEN. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Dale Stamphill, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Oscar A. Provost* and *W. Marvin Smith* for respondent.

No. 297. TATE v. EMPIRE BUILDING CORP. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. O. Lowe* for petitioner.

No. 303. COLLEY v. TENNESSEE. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Tennessee denied. *Mr. Jordan Stokes, III,* for petitioner. *Mr. Ernest F. Smith,* Assistant Attorney General of Tennessee, for respondent.

No. 332. LUMARE v. MISSOURI. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Pantaleona Lumare, pro se.*

No. 123. DEAR v. MAYO, STATE PRISON CUSTODIAN. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Florida denied. The motion for leave to file petition for writ of habeas corpus is also denied. *Wilbur Dear, pro se.*